UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JONATHAN D. YORK (#515292)**

**VERSUS**

**DARREL VANNOY**

CIVIL ACTION

NO. 18-797-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 21) dated November 4, 2020, to which an objection was filed and considered (Doc. 22);

**IT IS ORDERED** that the petitioner's application for habeas corpus relief shall be denied, and this proceeding shall be dismissed.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana, on <u>December 2, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**